IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LADONNA JOHNSTON                                                         PLAINTIFF

v.                                    Case No. 3:12-CV-03093

BAXTER INTERNATIONAL INCORPORATED
and BAXTER HEALTHCARE CORPORATION                                       DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS

HEREBY ORDERED AND ADJUDGED that Defendant's decision to deny benefits is AFFIRMED,

Plaintiff's claim is DENIED, and this case is DISMISSED with prejudice, with the parties instructed

to bear their own fees and costs.

IT IS SO ORDERED this 3rd day of May, 2013.


/s/ P. K. Holmes, III
                                        P.K. HOLMES, III
                                        CHIEF U.S. DISTRICT JUDGE